**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **BOARD OF TRUSTEES,**<br>    **SHEET METAL WORKERS' NATIONAL**<br>    **PENSION FUND, et al.**<br><br>                        **Plaintiffs,**<br><br>**v.**<br><br>**INDOOR AIR TECHNOLOGIES, INC.**<br><br>                        **Defendant.** | **Civil Action No.** 1:18-cv-00793-AJT-TCB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and given that Defendant Indoor Air Technologies, Inc. has served neither an answer nor a motion for summary judgment, Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, et al. hereby dismiss all claims made in the above-captioned action against Defendant without prejudice.

Respectfully submitted,

_____/s/ Andrew K. Lin_____
Andrew K. Lin, VA Bar No. 91713
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street, NW, Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088 Facsimile
alin@mooneygreen.com
Counsel for the Plaintiffs

Dated: November 20, 2018

So Ordered

_____
Anthony J. Trenga
United States District Judge

11/21/2018

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 20th day of November, 2018 a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served on the following via U.S. Mail:

Indoor Air Technologies, Inc.
33 W. Main Street
Victor, NY 14564

_____ /s/ Andrew K. Lin_____
Andrew K. Lin